# United States District Court

## SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | **CRIMINAL COMPLAINT** |
| V. | |
| | CASE NUMBER: 1:17-mj-00277 |
| KELLY JOE SPINKS, JR. and    -01 | |
| WILLIAM JOSEPH BELEW, JR.   -02 | |

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about April 14, 2017, in Marion County, in the Southern District of Indiana defendant did,

Count 1: Conspiracy to Possess With Intent To Distribute 100 Kilograms or More of Marijuana, in violation of Title 21, United States Code, Sections 841(a)(1) and 846.

I further state that I am a Task Force Officer, and that this complaint is based on the following facts:

See attached AFFIDAVIT

Continued on the attached sheet and made a part hereof.

_____
Michael T. Neuner, Task Force Officer, DEA

Sworn to before me, and subscribed in my presence

April 17, 2017        at    Indianapolis, Indiana
Date

Mark J. Dinsmore, U.S. Magistrate Judge
**Name and Title of Judicial Officer**        **Signature of Judicial Officer**

## AFFIDAVIT

Your affiant, Michael T. Neuner, is a Task Force Officer with the Drug Enforcement Administration (DEA) and has been so assigned since 2003. I was employed as a police officer by the Beech Grove, Indiana Police Department for over 26 years. The information contained in the paragraphs below is personally known to me, or was related to me by persons identified herein.

1. On April 14, 2017, law enforcement established surveillance in the area of a warehouse, located at 1849 South Stout Field Drive, relating to a current narcotics investigation. Information gleaned from the investigation led law enforcement agents to believe that warehouse was being utilized to distribute and store narcotics. At approximately 12:03 A.M., Kelly Spinks, Jr., hereinafter "Spinks, Jr.", and William Belew, Jr., hereinafter "Belew, Jr.", arrived at the front of 1849 Stout Field East Drive in Spinks, Jr.'s black Chevrolet Impala. Belew, Jr. was observed getting a bag from the trunk of the vehicle, while Spinks, Jr. was observed carrying an unidentified item into the front of the warehouse. At approximately 12:25 A.M., the rear garage door opened, and a short time later Belew, Jr.'s blue Ford Expedition was observed pulling up the ramp and into the warehouse. The garage door then closed. At approximately 4:47 A.M., Belew, Jr.'s Ford Expedition was observed backing down the ramp of the warehouse before departing the area. At approximately 4:49 A.M., Spinks, Jr. was observed leaving the front of the warehouse and departing the area.

2. On April 14, 2017, in the afternoon hours, Spinks, Jr. and Belew, Jr. arrived back at the warehouse. Belew, Jr. pulled his Ford Expedition into the warehouse and shut the door behind him. After approximately 30 minutes, Belew, Jr., again driving

the Ford Expedition, left the warehouse in tandem with Spinks, Jr., who was driving the black Chevrolet Impala. Approximately one mile from the warehouse, near Holt Road and Morris Street, law enforcement conducted traffic stops on both Belew, Jr.'s Ford Expedition and Spinks, Jr.'s Chevrolet Impala. After the Expedition was stopped, DEA SA Kevin Steele walked up to the Expedition and observed what he believed, as a result of his his training and experience, to be packages containing marijuana. The packages were in one of four or five large brown cardboard boxes, which were located in the rear cargo portion of the Expedition.

3. A short time later, IMPD Sgt. Paul McDonald and his certified narcotics detecting canine, named Brew, conducted an open-air sniff of the exterior of the Expedition. Brew gave a positive alert for the odor of controlled substances coming from the Expedition.

4. Law enforcement searched the rear of the Ford Expedition. The search revealed what was field tested and found to be marijuana, secreted inside multiple heat-sealed clear baggies, inside each of the brown cardboard boxes. There was a total of approximately seventy (70) pounds of marijuana inside the boxes. A search of the vehicle also revealed a receipt from U-Haul on April 14, 2017, which showed the purchase of seventy (70) boxes of various sizes.

5. DEA Special Agent Kevin Steele advised Spinks, Jr. and Belew, Jr. of their *Miranda* rights. Belew, Jr. stated he had just left a warehouse after Spinks, Jr. requested that he transport boxes that contained items belonging to Spinks, Jr.'s girlfriend. Spinks, Jr. stated he would provide information if law enforcement allowed Belew, Jr. to be released.

6. On April 14, 2017, I applied for and received federal search warrants for the warehouse at 1849 Stout Field East Drive, Spinks, Jr.'s residence at 1343 Norfolk Circle, and an office located at 1224 Indy Place, which are all in Indianapolis, Indiana.

7. On April 14, 2017, at approximately 8:00 P.M., law enforcement executed the search warrant at 1849 Stout Field East Drive. The search resulted in the discovery of 200 pounds of marijuana from a trailer inside the warehouse. The marijuana was in vacuum-sealed packages, identical to the ones that were located inside the U-Haul boxes in Belew, Jr.'s vehicle. Each package of marijuana weighed approximately one (1) pound. Several empty U-Haul boxes, similar to the ones located in Belew, Jr.'s vehicle, were also inside the trailer.

8. Law enforcement also located numerous aluminum containers that appeared as though they were fabricated to conceal and transport marijuana in order to avoid detection by law enforcement. Agents also found items indicative of drug trafficking, including vacuum-sealing equipment, clear plastic bags, a large digital scale and multiple stickers, which were found beside a printer. The stickers read "for medical use only" and "keep out of reach of children". Similar stickers were affixed to the packages of marijuana located inside Belew, Jr.'s vehicle. A loaded Winchester 12 Gauge shotgun was also located in the warehouse.

9. A search by law enforcement of Spinks, Jr.'s residence, located at 1343 Norfolk Circle, revealed a high-capacity magazine for a semiautomatic rifle, which was loaded with forty (40) rounds of .223 caliber ammunition. The search also revealed another six boxes of ammunition of different calibers. Agents also located a blue spiral

notebook that contained handwritten descriptions of various strains of high-grade marijuana, and a cardboard box containing several glass bottles of steroids.

10. A search of the office building at 1224 Indy Place revealed over $2,000,000.00 in U.S. currency, and over 30 firearms. Law enforcement observed Spinks entering and exiting the office building on numerous occasions throughout the investigation.

11. Based upon my training and experience and the facts set forth herein, I submit that there is probable cause to believe that Kelly Spinks, Jr. and William Belew, Jr. did conspire to possess with the intent to distribute 100 or more kilograms of marijuana, in violation of Title 21, United States Code, Sections 841(a)(1) and 846.

Michael T. Neuner, Task Force Officer
Drug Enforcement Administration

Subscribed and sworn to before me this 17th day of April, 2017.

Mark J. Dinsmore
U.S. Magistrate Judge
Southern District of Indiana